UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2005 NOV 30 P 4: 57

SWISHERBURGOS, INC.,
a Florida Corporation,
    Plaintiff,

v.                          Case No. 3:05-cr-1224-J-32-MCR

SWISHERBURGOS WEST, LLC,
a New Mexico limited liability company, and
MARIO BURGOS, an individual,
    Defendants.
_____/

## ORDER

Before the Court is the Plaintiff's Verified Complaint (Doc. No. 1) and Motion for Temporary Restraining Order (Doc. No. 2) filed on November 30, 2005. Because the alleged conduct has continued from June, 2005 through today, the Court sees no reason to issue a temporary restraining order without notice at this time. Plaintiff, therefore, is directed to serve a copy of the Verified Complaint and Motion for Temporary Restraining Order upon Defendants. Once the Plaintiff has advised the Court that service has been accomplished, the Court will then promptly set this matter for a hearing so that Defendants can participate. Therefore, that part of the Motion asking for a non-notice decision is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 30 day of November, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Alan S. Wachs, Esq.