**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SWISHERBURGOS, INC., etc.,

                Plaintiff,

vs.                                                 Case No. 3:05-cv-1224-J-32MCR

SWISHERBURGOS WEST, LLC, etc.,
et al.,

                Defendants.

_____

**ORDER**[1]

This case is before the Court on Plaintiff's Amended and Supplemental Motion for Preliminary Injunction (Doc. 25), which plaintiff supported with additional materials (Docs. 26, 27, 28, 31, 34, 35, 36, 37). Defendants filed a response (Doc. 32) and supporting papers (Doc. 33) in opposition to the motion. Plaintiff also filed a Motion for Order to Show Cause (Doc. 38) with supporting materials (Docs. 39, 40). The Court held a hearing on the preliminary injunction motion on April 13, 2006, the entire record of which is incorporated by reference. For the reasons set forth in the attached Findings, which are incorporated by reference, it is hereby

**ORDERED**:

1. Plaintiff's Amended and Supplemental Motion for Preliminary Injunction (Doc. 25) is **GRANTED** to the extent stated on the record. Counsel for defendants shall file the

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

affidavits required by the Court's Order no later than **April 25, 2006**.[2]

      2.      Plaintiff's Motion for Order to Show Cause (Doc. 38) is **DENIED**.

      3.      The parties shall file and serve an Amended Case Management Report no later than **April 25, 2006**.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of April, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies w/attachment:

counsel of record

---

[2] The Court emphasizes that the findings it made are preliminary and subject to revision when the evidence is fully developed.